CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 6 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **REGINALD MIMMS,** | ) | **Case No. 7:12CV00125** |
| | ) | **Case Nos. 7:00CR00022; 7:99CR00048** |
| **Petitioner,** | ) | |
| | ) | **FINAL ORDER** |
| **vs.** | ) | |
| | ) | |
| **J. GRONDOLSKY, WARDEN,** | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

    1. The petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241 is

**CONSTRUED** as a motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255;

    2. The Clerk is **DIRECTED** to redocket the defendant's pro se submission (ECF No. 1)

as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255 in Case Nos.

7:00CR00022 and 7:99CR00048;

    3. The § 2255 motions are hereby **DENIED** without prejudice as successive;

    4. The § 2255 motions are stricken from the active docket of the court; and

    5. A Certificate of Appealability is **DENIED.**

and this action is stricken from the active docket of the court..

    **ENTER**: This 26th day of March, 2012.

_____
Senior United States District Judge